IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MEDTRONIC, INC., MEDTRONIC PUERTO RICO OPERATIONS CO., MEDTRONIC LOGISTICS, LLC, AND MEDTRONIC USA, INC., <br><br>   Plaintiffs, <br><br> v. <br><br> AXONICS, INC., <br><br>   Defendant. | C.A. No. 24-264-JLH |

## [PROPOSED] ORDER

On this  5th  day of April, 2024, having considered defendant's unopposed motion to stay and for an extension of time to respond to the complaint, IT IS ORDERED that this action is stayed pursuant to 28 U.S.C. § 1659 until the determination of the International Trade Commission Investigation No. 1396, including appeals, becomes final or until the investigation is dismissed.

The parties shall file a joint status report within 14 days of the conclusion of the ITC matter (including appeals).

_____
The Honorable Jennifer L. Hall
United States District Judge